EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| Enmienda a Resolución sobre extensión de términos por motivo de concesión de los días 13 de abril, 24 de julio, 24 de noviembre y 26 de diciembre de 2017 | 2017 TSPR 182<br><br>198 DPR ____ |

Número del Caso: EM-2017-09

Fecha: 3 de noviembre de 2017

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Enmienda a Resolución sobre
extensión de términos por motivo
de concesión de los días 13 de          EM-2017-09
abril, 24 de julio, 24 de
noviembre y 26 de diciembre
de 2017

RESOLUCIÓN

En San Juan, Puerto Rico, a 3 de noviembre de 2017.

Se enmienda nuestra Resolución EM-2016-05 de 19 de
diciembre de 2016 únicamente para dejar sin efecto la
extensión de los términos para el día 26 de diciembre
de 2017, por haberse eliminado del calendario de
cierres totales de la Rama Judicial en virtud de la
Orden Administrativa OAJP-2017-029 de 19 de octubre
de 2017.

Se ordena la difusión pública inmediata de esta
Resolución.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario
del Tribunal Supremo. El Juez Asociado señor Estrella
Martínez no intervino.


Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo